## STATEMENT OF FACTS

On or about May 10, 2019, a delegation from the People's Republic of China, including Vice Premier Liu He (hereinafter, "the Protectee"), was present in the District of Columbia on an official visit, during which the Protectee met with U.S. Government officials, including the U.S. Trade Representative. During this official visit, Special Agents from the Department of State's Diplomatic Security Service ("DSS") were providing protection to the Protectee and the delegation, pursuant to the agents' authority under section 103 of the Diplomatic Security Act (18 U.S.C. § 4802). During this official visit, the Protectee and his delegation resided at the Willard Hotel, located at 1401 Pennsylvania Avenue, NW, in the District of Columbia.

At approximately 11:31 am, the delegation, including the Protectee, was returning to the Willard Hotel via 17th Street, NW. As the delegation approached the intersection at H Street, NW, the motorcade's forward progress was impeded by the presence of an individual standing in the northbound travel lanes of 17th Street. The individual was later identified as Yuehua Jin ("JIN"). JIN was standing directly in the motorcade's path of travel, holding an approximately 8.5"x11" piece of paper with writing on it and yelling as the motorcade approached. As a result of JIN's presence in the roadway, multiple vehicles in the motorcade, including the Protectee's vehicle, had to maneuver around JIN to continue their forward movement.

As DSS agents traveling in one of the motorcade vehicles motioned for JIN to get out of the road, a U.S. Secret Service Officer ("Officer") in full uniform ran towards JIN and ordered her to get out of the road. JIN did not comply. The Officer then placed his arms on JIN's arms and physically escorted JIN to the sidewalk. Once on the sidewalk, the Officer took JIN into custody and placed her under arrest. Once JIN was removed from the street, the motorcade continued its progress unimpeded.

JIN is known to the DSS and was identified by DSS as a "person of protective interest" in an official Protective Intelligence Bulletin ("Bulletin") disseminated before the delegation's arrival. The Bulletin notes that the individuals identified in it, including JIN, "are known to be associated with efforts to intimidate, harass, and obstruct Chinese government official and to obstruct, resist, and interfere with Diplomatic Security Service protective functions."

The same Officer who arrested JIN also encountered JIN twice the previous day, May 9, 2019. During the first encounter on May 9, 2019, JIN, along with other protestors, were attempting to walk into the street the Chinese delegation was traveling on. The Officer advised all present, including JIN, that he would arrest them if they stepped off the sidewalk again. One of the protestors in the group who spoke English appeared to convey the officer's statements to the others, including JIN; as soon as the Officer finished speaking, the English-speaking protestor would turn and look at his fellow protestors and begin speaking in a language other than English. The Officer again encountered JIN that afternoon. At that time, JIN was again attempting to move into the street the delegation was traveling on. The Officer gave JIN verbal orders to stop, motioned for her to stop with his hand, and ultimately stepped in front of JIN to block her path.

_____
OFFICER GIOVANNI ROSA
United States Secret Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 11th day of May, 2019.

_____
U.S. MAGISTRATE JUDGE