UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO.: 1:19-MJ-00125 (GMH) |
| | : |
| | : VIOLATIONS: |
| v. | : |
| | : 18 U.S.C. § 112(b)(1) and (2) |
| | : (Obstructing and Attempting to Obstruct |
| YUEHUA JIN, | : a Foreign Official) |
| | : |
| Defendant. | : 18 U.S.C. § 118 |
| | : (Interference with Protective Functions) |
| | : |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about May 10, 2019, within the District of Columbia, defendant **YUEHUA JIN** willfully attempted to and did intimidate and harass a foreign official and official guest, the Vice Premier of the People's Republic of China, and attempted to and did obstruct that foreign official in the performance of his duties.

(**Offense against Foreign Official or Official Guest**, in violation of Title 18, United States Code, Section 112(b)(1) and (2))

### COUNT TWO

On or about May 10, 2019, within the District of Columbia, defendant **YUEHUA JIN** knowingly and willfully obstructed, resisted, and interfered with a federal law enforcement agent engaged in the performance of the protective functions authorized under the Diplomatic Security

Act, 22 U.S.C. § 4802.

**(Interference with Protective Functions**, in violation of Title 18, United States Code, Section 118)

          Respectfully submitted,

          JESSIE K. LIU
          United States Attorney
          DC Bar No. 472845

By: *Reagan N. Clyne*
          REAGAN N. CLYNE
          Virginia Bar No. 74767
          Special Assistant U.S. Attorney
          National Security Section
          United States Attorney's Office
          555 4th Street, N.W.
          Washington, D.C. 20530
          Reagan.Clyne@usdoj.gov
          (202) 252-7215