UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YUEHUA JIN,<br><br>Defendant. | : CASE NO.: 1:19-CR-00171 (RC)<br>:<br>: VIOLATIONS:<br>:<br>: 18 U.S.C. § 112(b)(2)<br>: (Attempting to Obstruct a Foreign<br>: Official)<br>: (Count One)<br>:<br>: 18 U.S.C. § 118<br>: (Interference with Protective Functions)<br>: (Count Two)<br>: |

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about May 10, 2019, within the District of Columbia, defendant **YUEHUA JIN** willfully attempted to obstruct a foreign official, the Vice Premier of the People's Republic of China, in the performance of his duties.

(**Attempting to Obstruct a Foreign Official**, in violation of Title 18, United States Code, Section 112(b)(2))

### COUNT TWO

On or about May 10, 2019, within the District of Columbia, defendant **YUEHUA JIN** knowingly and willfully obstructed, resisted, and interfered with a federal law enforcement agent engaged in the performance of the protective functions authorized under section 103 of the Diplomatic Security Act, 22 U.S.C. § 4802, and section 37 of the State Department Basic Authorities Act of 1956, 22 U.S.C. § 2709.

(**Interference with Protective Functions**, in violation of Title 18, United States Code, Section 118)

Respectfully submitted,

JESSIE K. LIU
United States Attorney
DC Bar No. 472845

By: /s/ Reagan N. Clyne
REAGAN N. CLYNE
Virginia Bar No. 74767
Special Assistant U.S. Attorney
National Security Section
United States Attorney's Office
555 4th Street, N.W., Room 11-824A
Washington, D.C. 20530
Reagan.Clyne@usdoj.gov
(202) 252-7215